

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Texas Southern University v. Pepper Lawson
                         Horizon International Group, LLC.

Appellate case number:   01-19-00395-CV

Trial court case number: 2018-32362

Trial court:             157th District Court of Harris County

   Counsel for appellant has filed an "Agreed Motion to Reset Oral Argument," which is scheduled for October 23, 2019.  The motion is **granted**.  The case will be set for submission at a later date.


   It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
      Acting for the Court


Date:  October 15, 2019